

U. S. Department of Justice

**Michael F. Easley, Jr.**
United States Attorney
Eastern District of North Carolina

U.S. Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

DATE: April 4, 2023

TO: Clerks Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: Michael F. Easley, Jr.
United States Attorney

ATTN OF: Philip L. Aubart by SEN
Assistant United States Attorney

SUBJECT: United States v. Marquis Kwashan Davis
No. 4:23 CR 21 - Eastern Division

Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office