UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN    DIVISION
CASE NO.:   4;23-CR-21-1M

FILED IN OPEN COURT
ON _____ 5-10-2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC    SPP

UNITED STATES OF AMERICA    )
                            )
         VS.                )        ORDER
                            )
                            )
MARQUIS DAVIS               )

    Defendant having demonstrated eligibility for appointment of counsel at government expense, the Federal Public Defender is directed to provide representation in this action.

    The court further determines that the defendant is unable to pay the fees of any witness, and pursuant to Federal Rule of Criminal Procedure 17(b), the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges.

    It is FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Fed. R. Crim. P. 17(b).

    SO ORDERED this the 10th day of MAY    , 2023 .

KIMBERLY A. SWANK

UNITED STATES MAGISTRATE JUDGE