UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE No. 4:23-CR-21-1M

FILED IN OPEN COURT
ON 5/10/2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

VS.

MARQUIS DAVIS

**WAIVER OF DETENTION HEARING**

I, Marquis Davis, charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the Indictment against me and of any affidavit filed therewith, and the right to be represented by counsel, all of which I fully understand and do hereby waive my right to a detention hearing in this case.

*Marquis Davis*

**Defendant**

*[signature]*

**Defense Counsel**

*Kimberly A. Swank*
**Kimberly A. Swank**
United States Magistrate Judge

5/10/2023
**Date**