# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MARQUIS KWASHAN DAVIS

RECEIVED
By USMS-E/NC at 4:15 pm, Apr 04, 2023

WARRANT FOR ARREST

CRIMINAL CASE: 4:23-CR-21-M-RJ

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**MARQUIS KWASHAN DAVIS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment ____ Superseding Indictment ____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 841(a)(1): Possess With the Intent to Distribute a Quantity of Marijuana
Count 2 - 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime
Count 3 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a Firearm by a Convicted Felon

Peter A. Moore, Jr.
Name of Issuing Officer

*[signature] Carson Pendergr*
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

APRIL 4, 2023 – RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED<br>04/04/2023 | NAME AND TITLE OF ARRESTING OFFICER<br><br>P. Ganzert, FBI | NAME AND TITLE OF ARRESTING<br><br>*S. Bowyer, USMS* |
| DATE OF ARREST<br>05/09/2023 | | |

FILED

DATE _____5.10.23 LMA_____

PETER A. MOORE JR CLERK
US DISTRICT COURT, EDNC