UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-CR-21-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUIS KWASHAN DAVIS | NOTICE OF APPEARANCE |

     Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

     Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

PHILIP L. AUBART
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on May 11, 2023, using the CM/ECF system which will send notification of such filing to the above.

     Respectfully submitted this 11th day of May, 2023.

                                              G. ALAN DuBOIS
                                              Federal Public Defender

                                              */s/ Katherine Shea*
                                              KATHERINE SHEA
                                              Assistant Federal Public Defender
                                              Attorney for Defendant
                                              Office of the Federal Public Defender
                                              150 Fayetteville Street, Suite 450
                                              Raleigh, North Carolina 27601
                                              Telephone: 919-856-4236
                                              Fax: 919-856-4477
                                              E-mail: Kat_Shea@fd.org
                                              Member of New York State Bar
                                              LR 57.1 Counsel Appointed